SAM LOVITZ, A. B. GAMSE, W. F. ROUSE AND L. FRANK, *Appellants*, v. GUARANTY TITLE AND TRUST COMPANY, A CORPORATION, A TRUSTEE, AND L. S. JOHNSON, M. W. ULMER, JOHN S. TAYLOR, JR., L. T. GREGORY, JR., AND TAVER BAYLY, *Appellees*.

Division B.

Decision Filed January 5, 1928.

*Guss Wilder,* for Appellants;

*Kelly & Casler,* for Appellees.

PER CURIAM.—The appellees herein by counsel having in writing confessed error in the decree appealed from the decree is reversed without considering the extent of the error, and the cause is remanded for appropriate proceedings. See Gray v. First Nat. Bank of Pensacola, 31 Fla. 590, 12 South. Rep. 215.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.